# IN THE SUPREME COURT OF THE STATE OF NEVADA

MYKEL TYREL BROWN,
          Appellant,
vs.
THE STATE OF NEVADA,
          Respondent.

No. 82433

FILED

MAR 17 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se "notice of appeal on defendant Mykel Brown writ of habeas corpus and modification of sentence." This court's further review of this appeal reveals a jurisdictional defect. Specifically, it does not appear that either a postconviction petition for a writ of habeas corpus or a motion to modify sentence was recently filed or denied in district court case number C-16-311822-1, the designated case number in this appeal. To the extent that appellant's appeal is in regard to the order denying a motion to modify and/or correct an illegal sentence entered on October 21, 2020, the notice of appeal was untimely filed. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court lacks jurisdiction to consider this appeal and

ORDERS this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

---

[1]Given this order, this court takes no action on appellant's motion for an appointment of counsel.

21-07743

cc:    Chief Judge, Eighth Judicial District Court
Eighth Judicial District Court, Department 21
Mykel Tyrel Brown
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A